## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEFFREY A. DICKERSON, | ) | 3:16-CV-0375-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 12, 2016 |
| | ) | |
| WELLS FARGO BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:            LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The parties have filed a stipulation to extend time to respond to complaint (ECF No. 4) seeking an open-ended extension of time for Wells Fargo Bank, N.A. to file an answer or otherwise respond to plaintiff's complaint.  This court does not grant open-ended extensions of time.  Therefore, the stipulation to extend time to respond to complaint (ECF No. 4) is **DENIED in part and GRANTED in part**.  Wells Fargo Bank, N.A. shall have to and including **Friday, August 12, 2016** to file an answer or other response.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
            Deputy Clerk