Amy F. Sorenson, Esq.
Nevada Bar No.  12495
Robin E. Perkins, Esq.
Nevada Bar No. 9891
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
asorenson@swlaw.com
rperkins@swlaw.com
mparetti@swlaw.com

*Attorneys for Defendant
Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY A. DICKERSON,<br><br>               Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association; WILMINGTON TRUST COMPANY; McCARTHY & HOLTHUS, LLP,  a Nevada limited liability company; and QUALITY LOAN SERVICE CORPORATION, a foreign corporation,<br><br>               Defendants. | CASE NO. 3:16-cv-00375-RCJ-VPC<br><br>**STIPULATION AND ORDER TO EXTEND  TIME  TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE AND TO REPLY IN SUPPORT OF WELLS FARGO'S MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

Pro se Plaintiff Jeffrey A. Dickerson and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its undersigned counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree to an extension for: (1) Wells Fargo to respond to Plaintiff's Motion For Leave to File an Amended Complaint filed on September 12, 2016 [Doc. No. 19]; and (2) for Wells Fargo to file a reply brief in support of its Motion to Dismiss [Doc. No. 12].  Both briefs are currently due October 3, 2016. The Parties request the Court extend Wells Fargo's deadline for both briefs to October 14, 2016.  This is the Parties' second extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1. Wells Fargo and its counsel require additional time to meaningfully prepare the briefs.

2. On September 20, 2016, the Parties agreed to the extension requested herein.

3. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties jointly agree for an extension to October 14, 2016 for Wells Fargo to respond to Plaintiff's Motion for Leave to File an Amended Complaint and for Wells Fargo to file a reply brief in support of its Motion to Dismiss.

Dated: September 20, 2016

JEFFREY A. DICKERSON

/s/ Jeffrey A. Dickerson
Jeffrey A. Dickerson
305 W. Moana Lane, Suite E
Reno, NV 89509
*Plaintiff Pro Se*

Dated: June 30, 2016

SNELL & WILMER L.L.P.

By:   /s/ Michael Paretti
Amy F. Sorenson, Esq.
Nevada Bar No.  12495
Robin E. Perkins, Esq.
Nevada Bar No. 9891
Michael Paretti, Esq.
Nevada Bar No. 13926
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant
Wells Fargo Bank, N.A.*

## **ORDER**

IT IS ORDERED that Defendant Wells Fargo Bank, N.A. has until October 14, 2016 to file its Response to Plaintiff's Motion for Leave to File an Amended Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  IT IS FURTHER ORDERED that Defendant Wells Fargo Bank, N.A. has until October
2  14, 2016 to file its Reply in support of its Motion to Dismiss.
3  DATED this 22nd day of September, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

7  Respectfully submitted,

8  SNELL & WILMER L.L.P.

10  By: */s/ Michael Paretti*
    Amy F. Sorenson, Esq.
    Robin E. Perkins, Esq.
    Michael Paretti, Esq.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    *Attorneys for Defendant Wells Fargo Bank, N.A.*

24878588