UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEFFREY DICKERSON, | ) | 3:16-CV-0375-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 25, 2016 |
| | ) | |
| WELLS FARGO BANK, N.A., et al. | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Defendant Wells Fargo Bank, N.A. filed a motion to stay discovery pending determination of Wells Fargo's motion to dismiss (ECF No. 28). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. In addition, defendant has established that a stay of discovery is warranted because the motion to dismiss (ECF No. 12) may be dispositive of the entire case. *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 603 (D. Nev. 2011). Therefore,

    IT IS ORDERED that Wells Fargo's motion to stay discovery (ECF No. 28) is **GRANTED**.

    **IT IS SO ORDERED.**

                                          LANCE S. WILSON, CLERK

                             By:      /s/
                                    Deputy Clerk