# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY A. DICKERSON,<br><br>        Plaintiff,<br><br>Vs.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>        Defendants. | Case No.: 3:16-CV-00375-RCJ<br><br>USCA No.: 18-15261<br><br>ORDER ON MANDATE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE |

## ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, having affirmed in part; vacated in part and remanded to the District Court for further proceedings, on June 6, 2019, issued its Mandate (ECF No. 96) and the Court being fully advised in the premises,

NOW THEREFORE IT IS ORDERED that the mandate be spread upon the records of this Court.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS FURTHER ORDERED that a Telephonic Status Conference is set for 10:00 A.M., Monday, July 22, 2019, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS FURTHER ORDERED that counsel shall dial from a land line into the AT&T Meet-Me-Line (1-888-675-2535); Access Code No.: 2900398; and Security Code No.: 072219 five (5) minutes prior to the hearing. Counsel shall remain on the line until such time as the Court joins the call and convenes the proceeding.

IT IS FURTHER ORDERED the parties shall file a Joint Status Report with the Court on or before Friday, July 12, 2019.  The Joint Status Report shall include three (3) mutually agreed upon dates by the parties for trial in this matter.  It is expressly understood by the parties that the Court will set the trial of this matter on one of the agreed-upon dates if possible; if not, the trial will be set at the convenience of the Court's calendar.

IT IS SO ORDERED.

Dated this 13th day of June, 2019.

_____
ROBERT C. JONES
Senior District Judge