Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
mparetti@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY A. DICKERSON,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association; WILMINGTON TRUST COMPANY; McCARTHY & HOLTHUS, LLP, a Nevada limited liability company; and QUALITY LOAN SERVICE CORPORATION, a foreign corporation,<br><br>Defendants. | CASE NO. 3:16-cv-00375-RCJ-VPC<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**<br><br>**(First Request)** |

Pro se Plaintiff Jeffrey A. Dickerson ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (together, the "Parties"), by and through its undersigned counsel of record, hereby stipulate and agree to the following:

The Court held a status conference on July 22, 2019, at which time it established a scheduling order following remand, including (1) setting a simultaneous supplemental briefing deadline; (2) reopening discovery through December 31, 2019; and (3) setting a trial date for February 10, 2019.

The Parties have subsequently agreed that, in lieu of simultaneous supplemental briefs, Wells Fargo may file a motion for summary judgment no later than September 27, 2019. Plaintiff may file a response no later than October 18, 2019. Wells Fargo may file a reply no later than November 1, 2019.

The Parties further agree that they will not conduct any further discovery, and that discovery is closed in this matter.

The Parties do not at this time seek to alter the trial date.

The Parties make this agreement in good faith, for the efficiency of the Parties and the Court, and not for the purpose of delay.

Dated: September 6, 2019

JEFFREY A. DICKERSON

*/s/ Jeffrey A. Dickerson*
Jeffrey A. Dickerson
305 W. Moana Lane, Suite E
Reno, NV 89509
*Plaintiff Pro Se*

Dated: September 6, 2019

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant
Wells Fargo Bank, N.A.*

**ORDER**

IT IS SO ORDERED.

DATED this 6th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -