Kelly H. Dove, Esq.
Nevada Bar No. 12495
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
mparetti@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY A. DICKERSON,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association; WILMINGTON TRUST COMPANY; McCARTHY & HOLTHUS, LLP, a Nevada limited liability company; and QUALITY LOAN SERVICE CORPORATION, a foreign corporation,<br><br>Defendants. | CASE NO. 3:16-cv-00375-RCJ-CBC<br><br>ORDER<br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

NOTICE IS HEREBY GIVEN to the Court and parties that Robin E. Perkins, Esq. is no longer employed by Snell & Wilmer L.L.P., no longer associated with this matter, and should be removed from the list of counsel of record in this case.

Dated: October 22, 2019                SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
   Kelly H. Dove, Esq.
   Michael Paretti, Esq.
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
   *Attorneys for Defendant*
   *Wells Fargo Bank, N.A.*

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED: 10/23/2019

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** by the method indicated:

|     |     |
| --- | --- |
| __X__ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Electronic Mail (E-mail) |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| _____ | Electronic Filing |

and addressed to the following:

Jeffrey A. Dickerson
305 W. Moana Lane, Suite E
Reno, NV 89509
*Plaintiff Pro Se*

DATED October 22, 2019.

/s/ *Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4845-5834-9994