Kelly H. Dove, Esq.
Nevada Bar No.  12495
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
kdove@swlaw.com
mparetti@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY A. DICKERSON, | CASE NO. 3:16-cv-00375-RCJ-CBC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO WELLS FARGO BANK, N.A.'S RENEWED MOTION FOR SUMMARY JUDGMENT** |
| WELLS FARGO BANK, N.A., a national banking association; WILMINGTON TRUST COMPANY; McCARTHY & HOLTHUS, LLP,  a Nevada limited liability company; and QUALITY LOAN SERVICE CORPORATION, a foreign corporation, | |
| | **(First Request)** |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

///

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

1    Pursuant to Fed. R. Civ. P. 6(b), the parties stipulate that the time within which Plaintiff

2    has to oppose Defendant's Motion for Summary Judgment is enlarged from its current due date of

3    October 21, 2019 (ECF No. 103) for a period of 21 days to and including November 11, 2019.

4    Wells Fargo shall have up to and including November 26, 2019 to file a Reply.   Good cause

5    exists given the nature of the work in preparing the opposition, and the parties' exploring

6    settlement potential.

7

8    Dated:  October 21, 2019                          Dated:  October 21, 2019

9    JEFFREY A. DICKERSON                         SNELL & WILMER L.L.P.

10

11   */s/ Jeffrey A. Dickerson*                         By: */s/ Kelly H. Dove*

12   Jeffrey A. Dickerson                                     Kelly H. Dove, Esq.
     305 W. Moana Lane, Suite E                       Nevada Bar No. 10569

13   Reno, NV 89509                                         Michael Paretti, Esq.
     *Plaintiff Pro Se*                                        Nevada Bar No. 13926

14                                                               3883 Howard Hughes Parkway, Suite 1100

15                                                               Las Vegas, NV 89169
                                                                 *Attorneys for Defendant*

16                                                               *Wells Fargo Bank, N.A.*

17                                    **ORDER**

18       IT IS SO ORDERED.

19

20       DATED:  This 25th day of October, 2019.

21

22

23   _____

24   UNITED STATES DISTRICT COURT JUDGE

25

26

27

28

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200