Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
mparetti@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY A. DICKERSON, | CASE NO. 3:16-cv-00375-RCJ-CLB |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| WELLS FARGO BANK, N.A., a national banking association; WILMINGTON TRUST COMPANY; McCARTHY & HOLTHUS, LLP, a Nevada limited liability company; and QUALITY LOAN SERVICE CORPORATION, a foreign corporation, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

It is hereby stipulated by and between Pro Se Plaintiff Jeffrey A. Dickerson and Defendant Wells Fargo Bank, N.A, by and through its undersigned counsel, that this action be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: December 20, 2019                    Dated: December 20, 2019

JEFFREY A. DICKERSON                      SNELL & WILMER L.L.P.

By: */s/ Jeffrey A. Dickerson*                By: */s/ Kelly H. Dove*
Jeffrey A. Dickerson                          Kelly H. Dove, Esq.
305 W. Moana Lane, Suite E                Nevada Bar No. 10569
Reno, NV 89509                              Michael Paretti, Esq.
*Plaintiff Pro Se*                            Nevada Bar No. 13926
                                            3883 Howard Hughes Parkway, Suite 1100
                                            Las Vegas, NV 89169
                                            *Attorneys for Defendant*
                                            *Wells Fargo Bank, N.A.*

**ORDER**

IT IS SO ORDERED.

DATED this 23rd day of December, 2019.


_____
UNITED STATES DISTRICT COURT JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200